UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL YORK, et al.,<br><br>Plaintiff(s),<br>v.<br><br>TRAVELERS PERSONAL INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C26-1240-KKE<br><br>ORDER DENYING STIPULATED MOTION FOR A PROTECTIVE ORDER WITHOUT PREJUDICE |

The parties in this case filed a stipulated protective order, setting out parameters for the protection of confidential, proprietary, or private information likely to be involved in discovery. Dkt. No. 14. In doing so, the parties utilized this District's model stipulated protective order. *See* W.D. Wash. Model Stipulated Protective Order.[1] That model order includes a section for defining "[c]onfidential" material subject to the order, and directs the parties as follows: "The parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material[.]'" *Id.*

In the parties' proposed stipulated protective order, they defined "[c]onfidential" material as, "Travelers' confidential, proprietary, and/or trade secret information." Dkt. No. 14 at 2. This is precisely the sort of list of broad categories against which the model order warns. Accordingly,

[1] Available at https://www.wawd.uscourts.gov/sites/wawd/files/ModelStipulatedProtectiveOrder%20CLEAN_2.1.23.pdf.

the Court will not enter the proposed order at this time and instead directs the parties to file a new stipulated order listing the specific documents they intend to be included within the meaning of "[c]onfidential" material. *Id.*

The stipulated motion for a protective order (Dkt. No. 14) is DENIED without prejudice.

Dated this 20th day of August, 2026.

Kymberly K. Evanson
United States District Judge